Edward G. Lindholm, appellee, v. Chicago City Railway Company and Chicago Railways Company, appellants. Gen. No. 24,304.

Action to recover for personal injuries caused by a collision between a truck and a street car. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in this court at the March term, 1918. Reversed with finding of facts. Opinion filed November 11, 1918.

William H. Symmes and Frank L. Kriete, for appellants; John R. Guilliams and William C. McHenry, of counsel. Pollock & Rainey, for appellee; John E. Crahen, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

James F. Bishop, administrator of the estate of James J. Morrissey, deceased, appellee, v. Chicago Junction Railway Company, appellant. Gen. No. 24,112.

Action under the Federal Employers' Liability Act to recover for death. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus A. Kavanagh, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed November 11, 1918.

Winston, Strawn & Shaw, for appellant; John D. Black and Edward W. Everett, of counsel. James C. McShane, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Garden City Fan Company, appellee, v. J. F. Schuler Company, appellant. Gen. No. 24,119.

Action to recover contract price of goods sold. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in this court at the March term, 1918. Affirmed on remittitur. Opinion filed November 11, 1918.

Paul J. Huxmann, for appellant. Stoll & Shepherd, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Nanny A. Hagg, administratrix of the estate of C. Herman Hagg, deceased, appellee, v. Chicago Railways Company, appellant. Gen. No. 24,205.

Action to recover for death of person struck by car after passing around rear of car from which he had alighted. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed November 11, 1918.

Charles Le Roy Brown, for appellant; John R. Guilliams and P. L. McArdle, of counsel. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Justice McSurely delivered the opinion of the court.